773 A.2d 1056

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Harvey Samuel LEVIN, Esquire, Respondent.

Misc. Docket AG, No. 71, Sept. Term, 2000.

Court of Appeals of Maryland.

June 12, 2001.

## ORDER

This matter came on before the Court on the Joint Petition for Reprimand by Consent submitted by the Attorney Grievance Commission of Maryland, Petitioner, and Harvey S. Levin, Respondent. The Court having considered the Petition it is this 12th day of June, 2001,

ORDERED by the Court of Appeals of Maryland that the Respondent, Harvey S. Levin, be, and he is hereby reprimanded for misconduct in violation of Rules 4.1(a) and 8.4(c) of the Maryland Rules of Professional Conduct.